IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK-ALONZO WILLIAMS,** | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-251 |
| | ) | |
| | ) | |
| v. | ) | **District Judge Baxter** |
| | ) | **Magistrate Judge Lanzillo** |
| | ) | |
| **MICHAEL OVERMYER, et al.,** | ) | **RE: ECF No. 373** |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on September 18, 2017. The matter was assigned to the undersigned and referred to United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

This case has an extensive procedural history. The operative complaint in this action is the Second Amended Complaint. ECF No. 61. Plaintiff asserts a host of claims against numerous Defendants for conduct that occurred at SCI Forest, Plaintiff's former place of incarceration. One of those claims alleges that Defendant Sutherland, a Certified Registered Nurse Practitioner, acted with deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment's prohibition against cruel and unusual punishment.

Relevant to this claim, Defendant Sutherland filed a motion for summary judgment and Plaintiff filed two cross motions for summary judgment. ECF No. 343; ECF No. 362; ECF No. 364. The dispositive motions were fully briefed by the parties.

By Report and Recommendation filed March 7, 2022, Magistrate Judge Lanzillo

1

recommended that the motion for summary judgment filed by Defendant Sutherland be granted and that the motions for summary judgment filed by Plaintiff be denied. ECF No. 373. The parties had until March 24th to file Objections to the Report and Recommendation and none have been filed.

After *de novo* review of the operative complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 7th day of April 2022;

IT IS ORDERED that the motion for summary judgment filed by Defendant Sutherland [ECF No. 343] are granted. Judgment should be entered in favor of Defendant Sutherland and against Plaintiff.

IT IS FURTHER ORDERED that the motions for summary judgment filed by Plaintiff [ECF No. 362; ECF No. 364] are denied.

AND, IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Lanzillo, issued on March 7, 2022 [ECF No. 373] is accepted and adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge